UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE HERNANDEZ-RAMIREZ, *on behalf of himself, and others similarly situated,*<br><br>                      Plaintiff,<br><br>-against-<br><br>EL CAZADOR, INC. and CAZADORES CORP., *doing business as* EL CAZADOR RESTAURANT, *and* ALEJANDRO MENDOZA, *individually,*<br><br>                      Defendants. | Case No.: 22 cv 5690 (KMK)<br><br>**[proposed]**<br>**DEFAULT**<br>**JUDGMENT** |

In this action, defendants El Cazador, Inc., Cazadores Corp., and Alejandro Mendoza having been found to have willfully defaulted, it is

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs Jose Hernandez-Ramirez has judgment against defendants El Cazador, Inc., Cazadores Corp., and Alejandro Mendoza, in the amount of $59,579; and it is further

ORDERED, ADJUDGED AND DECREED: that Cilenti & Cooper, PLLC, have judgment against defendants El Cazador, Inc., Cazadores Corp., and Alejandro Mendoza, in the amount of $12,086.50, in attorneys fees and costs.

Dated: White Plains, New York

_____

                                        _____, U.S.D.J

                                        This Document was Entered on the Docket