UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE HERNANDEZ-RAMIREZ, *on behalf of himself,*
*and others similarly situated,*

                       Plaintiff,

   -against-

EL CAZADOR, INC. and CAZADORES CORP.,
*doing business as* EL CAZADOR RESTAURANT,
*and* ALEJANDRO MENDOZA, *individually,*

                     Defendants.

Case No.: 22 cv 5690
(KMK)

x[proposed]
**DEFAULT
JUDGMENT**

In this action, defendants El Cazador, Inc., Cazadores Corp., and Alejandro Mendoza having been found to have willfully defaulted, it is

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs Jose Hernandez-Ramirez has judgment against defendants El Cazador, Inc., Cazadores Corp., and Alejandro Mendoza, in the amount of $59,579; and it is further

ORDERED, ADJUDGED AND DECREED: that Cilenti & Cooper, PLLC, have judgment against defendants El Cazador, Inc., Cazadores Corp., and Alejandro Mendoza, in the amount of $12,086.50, in attorneys fees and costs.

Dated: White Plains, New York

11/22/22

                                       ,U.S.D.J

This Document was Entered on the Docket